AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

| | |
|---|---|
| **OFFENSE CHARGED** | **Name of District Court, and/or Judge/Magistrate Location**<br>NORTHERN DISTRICT OF CALIFORNIA |

Title 18 USC Section 641 - Theft of Government Property and Money (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

E-filing

**DEFENDANT - U.S.**

▶ Debra Ann Hunt

**DISTRICT COURT NUMBER**

CR07-00460 WDB

FILED

JUL 1 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PENALTY:

1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  H. H. (Shashi) Kewalramani

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

5289 Kisa Court
Livermore, CA 94550

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)         **E-filing**

FILED

2007 JUL 18 PM 2: 26

RICHA... ...KING
CLERK U.S. ...
NORTHERN ...ICT COURT
...LIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBRA ANN HUNT,<br><br>    Defendant. | No. **CR07-00460** WDB<br><br>VIOLATION: Title 18, United States Code, Section 641- Theft of Government Funds (Class A Misdemeanor)<br><br>OAKLAND VENUE |

## I N F O R M A T I O N

The United States Attorney charges:

On or about September 29, 2005, in the Northern District of California, the defendant,

DEBRA ANN HUNT,

did knowingly embezzle, steal, purloin, and knowingly convert to her use and the use of another money belonging to the United States and a department and agency thereof, namely, Federal Emergency Management Agency disaster relief funds intended for victims of Hurricane Katrina, and did receive, conceal, and retain such money with the intent to convert it to her gain, knowing

///

///

///

INFORMATION

it to have been embezzled, stolen, purloined, and converted, all in violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

DATED: *July 18, 2007*

SCOTT SCHOOLS
United States Attorney

STEPHEN CORRIGAN
Assistant United States Attorney
Acting Chief, Oakland Branch

(Approved as to form:                              )

H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

INFORMATION