

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*   *(510) 637-3680*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*   *FAX (510) 637-3724*

July 19, 2007

**VIA E-FILING**
The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

  Re: United States v. Debra Ann Hunt, CR 07-00460 WDB

Dear Magistrate Judge Brazil:

  The United States Attorney's office hereby requests that a date for arraignment on information regarding this matter be set before your Honor on the Criminal Calendar at 10:00 a.m. on Monday, August 6, 2007.

              Very Truly Yours,

              SCOTT N. SCHOOLS
              United States Attorney


              _____/s/_____
              ADAM C. LOWRY
              Law Clerk