**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*  (510) 637-3717
*Oakland, California  94612*  *FAX:(510) 637-3724*
 *E-Mail: shashi.kewalramani@usdoj.gov*

August 29, 2007

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    *United States v. Debra Ann Hunt, CR 07-00460 WDB*

Dear Judge Brazil:

Enclosed for the Court's review is a copy of the plea agreement pursuant to which Ms. Hunt will change her plea on September 5, 2006 before the Court. If the Court has any questions or concerns regarding the plea agreement, I can be reached at the above listed phone number or e-mail address.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By:    _____/s/_____
     H. H. (SHASHI) KEWALRAMANI
     Assistant United States Attorney

Encl.