DOCUMENTS UNDER SEAL ☐

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK | TOTAL TIME (mins): 37 Mins |
| | Ivy L. Garcia | REPORTER/FTR |
| | | FTR: 9/5/07  10:09:44-10:46:06 |

| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER |
| HON. WAYNE D. BRAZIL | 9/5/07 | ☐ | CR-07-00460-WDB |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☒ | RET. ☐ |
| DEBRA ANN HUNT | | No | P | John Paul Reichmuth | APPT. | |

| U.S. ATTORNEY | INTERPRETER | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| Shashi Kewalramani | None | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | ☐ PARTIAL PAYMENT OF CJA FEES |
| None | Amy Berthelsen | | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☒ JUGM'T & SENTG 12 Mins HELD | ☐ STATUS RE: CONSENT BEF. A MAG. 4 Mins HELD |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☒ CHANGE PLEA 21 Mins HELD | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

**FILED**
**SEP 5 – 2007**
**RICHARD W. WIEKING**
**CLERK U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND**

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER... |

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☒ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☐ |
| ☒ PRESENTENCE REPORT ORDERED WAIVED BY THE DEFT. | ☐ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

JUDGMENT:  Deft. is sentenced to 2 yrs. probation with the following special conditions:  1. Deft. shall pay $8,000 restitution to Fed. Emergency Mgmt. Agency, 2. In lieu of a $1,000 fine, deft. shall complete 138 hrs. of community service, 3.  Deft. shall pay to the U.S. $25.00 special assessment due by 4:00 p.m. on 9/5/07.  The Court ordered that the deft's drug testing condition is suspended. (See Judgment for more particulars).

cc:  WDB's Stats,  Probation                                    DOCUMENT NUMBER: